# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LAWRENCE MADISON,

                  Petitioner

          v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

                  Respondent

: No. 218 WAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.